ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
  E-mail: caleb.marker@zimmreed.com
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

GIBSON CONSUMER LAW GROUP, LLC
MaryBeth V. Gibson
E-mail: marybeth@gibsonconsumerlawgroup.com
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
(678) 642-2503 Telephone

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HUMPHREYS, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiff,<br>      v.<br><br>AMGEN INC.,<br><br>               Defendants | CASE NO.: 2:26-cv-08688<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>       [LOCAL RULE 83-1.3] |

1

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 83-1.3, Plaintiff Heidi Humphreys ("Plaintiff"), identifies the following related action:

1.    *Peggy Anderson and Gladys Cooper v. Amgen Inc.*, Case No. 2:26-cv-08527

This action relates to the instant action because each: (1) arises from the same transactions, happenings, or events; and (2) calls for a determination of the same or substantially identical questions of law and fact.  Specifically, the actions arise from the same event: the alleged unauthorized access of Personal Health Information ("PHI") and Personally Identifiable Information ("PII") in a data breach.  Each action asserts claims for negligence and negligence *per se* therefore calling for a determination of substantially identical questions of law in addition to substantially identical questions of fact.

The *Anderson* case was filed in this District on August 3, 2026, three days prior to plaintiff Humphreys filing of the instant action.

Date: August 6, 2026        By:    /s/ Caleb Marker
                                    Caleb Marker (SBN 269721)
                                    **ZIMMERMAN REED LLP**
                                    6420 Wilshire Blvd., Suite 1080
                                    Los Angeles, CA 90048
                                    Telephone: (877) 500-8780
                                    Facsimile: (877) 500-8781
                                    caleb.marker@zimmreed.com

                                    MaryBeth V. Gibson (*pro hac vice* forthcoming)
                                    **GIBSON CONSUMER LAW GROUP, LLC**
                                    4279 Roswell Road, Suite 208-108
                                    Atlanta, GA  30342
                                    Telephone: (678) 642-2503
                                    marybeth@gibsonconsumerlawgroup.com

                                    *Attorneys for Plaintiff and the Proposed Class*

PLAINTIFFS' NOTICE OF RELATED CASES