ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
E-mail: caleb.marker@zimmreed.com
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

GIBSON CONSUMER LAW GROUP, LLC
MaryBeth V. Gibson (*pro hac vice*)
E-mail: marybeth@gibsonconsumerlawgroup.com
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
(678) 642-2503 Telephone

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEIDI HUMPHREYS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>Defendants | Case No.: 2:26-cv-08688-SVW-DSR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff Heidi Humphreys, individually, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above captioned lawsuit without prejudice. Defendant Amgen Inc. has not served an answer or motion for summary judgment.

Respectfully submitted,

Date: August 21, 2026 By: */s/ Caleb Marker*

Caleb Marker (SBN 269721)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com

MaryBeth V. Gibson (*pro hac vice*)
**GIBSON CONSUMER LAW GROUP, LLC**
4279 Roswell Road, Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

***Attorneys for Plaintiff and the Proposed Class***